FILED
United States Court of Appeals
Tenth Circuit

July 2, 2024

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BRYAN SIX,

    Defendant - Appellant.

No. 24-1104
(D.C. No. 1:18-CR-00136-WJM-1)
(D. Colo.)

_____

### ORDER AND JUDGMENT*
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the parties' Joint Motion to Remand for

Resentencing (the "Motion"). Upon consideration, the Motion is granted, as provided

below.

This matter is remanded to the district court with instructions to vacate

Appellant Bryan Six's sentence and conduct any and all proceedings necessary to

---

\* After examining the Motion and the appellate record, this panel has
determined unanimously that oral argument would not materially assist in the
determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The
case is therefore ordered submitted without oral argument. This order and judgment
is not binding precedent, except under the doctrines of law of the case, res judicata,
and collateral estoppel. It may be cited, however, for its persuasive value consistent
with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

resentence the appellant consistent with the grounds presented in the Motion, which is incorporated into this Order and Judgment by reference.

This appeal is dismissed. The mandate shall issue forthwith.

Entered for the Court

Per Curiam